would be "the end product of agreement between the parties themselves" *(Martin Delicatessen v Schumacher,* 52 NY2d 105, 110). In the absence of an offer by a bona fide third-party purchaser, and upon the failure of the appraisers selected by the parties to agree upon a third appraiser in accordance with the contract, the court had the authority to make the finding of fair market value in order to carry out the intention of the parties *(see, Matter of Fletcher,* 237 NY 440, 449).

The court erred, however, in obligating defendant to pay rent to plaintiff for a nine-month period during which an earlier appeal was pending before this court. That obligation was set forth in a prior letter decision of the court and was conditional upon the grant of a stay and posting of an undertaking. No stay was granted, no undertaking was posted, and the letter decision was never reduced to an order. Under the circumstances, there was no authority for the imposition of a rent obligation, and the judgment is modified to delete that requirement. (Appeal from judgment of Supreme Court, Steuben County, Scudder, J.—specific performance.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ JOSEPH R. TONKERY, Respondent, v VINCENT J. MARTINA, Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs *(see, Neumann v Metropolitan Med. Group,* 153 AD2d 885). (Appeal from order of Supreme Court, Steuben County, Scudder, J.—specific performance.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ JOSEPH R. TONKERY, Respondent, v VINCENT J. MARTINA, Appellant. (Appeal No. 3.)—Appeal unanimously dismissed without costs *(see, Neumann v Metropolitan Med. Group,* 153 AD2d 885; *Smithson v Ilion Hous. Auth.,* 130 AD2d 965). (Appeal from order of Supreme Court, Steuben County, Scudder, J.—appraisal of real property.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ JULIUS P. McCANN et al., Appellants, v MARY F. ABDEL-MESSIH et al., Respondents.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. (Appeal from order and judgment of Supreme Court, Erie County, Kane, J.—summary judgment.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.

■ DEBORAH A. FARLEY et al., Respondents, v STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant.—Order unanimously affirmed with costs. Memorandum: Because plaintiffs have demonstrated that the damages might well